UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GLOBAL ENVIRONMENTAL RESTORATION INC | CIVIL ACTION NO. 20-cv-547 |
| VERSUS | JUDGE JUNEAU |
| SHORE CORP | MAGISTRATE JUDGE WHITEHURST |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss Pursuant to Rule 12(b)(2) and Rule 12(b)(3) [Doc. 10] filed by Shore is DENIED, this Court having concluded that there is personal jurisdiction over Shore in this district, and that dismissal is improper under Rule 12(b)(3) under the facts and circumstances of this case.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 26th day of February, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE