UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| GLOBAL ENVIRONMENTAL RESTORATION, INC. | CIVIL ACTION NO. 6:20-CV-00547 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| SHORE CORPORATION | MAG. JUDGE CAROL WHITEHURST |

### JUDGMENT

For the reasons set forth in this Court's Ruling, the Court **DECLINES TO ADOPT** the Report and Recommendation of the Magistrate Judge [Doc. No. 70]. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, to the extent Defendant Shore Corporation moves to dismiss under *Forum Non Conveniens* [Doc. No. 50], the motion is **GRANTED**, and this matter is hereby **DISMISSED WITHOUT PREJUDICE,** allowing Plaintiff Global Environmental Restoration, Inc. to refile its claims in a state court forum in Allegheny County, Pennsylvania ("the Commonwealth Court of Allegheny County, PA.").

**IT IS FURTHER ORDERED** that, to the extent Defendant moves to transfer under Title 28 U.S.C. §1404(a) pursuant to the April 2020 Terms and Conditions of Sale, the motion is **DENIED**.

Monroe, Louisiana, this 8th day of March 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE